## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR320** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **NINA ROBERTSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to continue by defendant Nina Robertson (Robertson) (Filing No. 15). Robertson seeks a continuance of the trial of this matter which is scheduled for November 13, 2007. Robertson's counsel represents that Robertson will submit an affidavit wherein she represents that she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Robertson's counsel represents that the government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.      Robertson's motion to continue trial (Filing No. 15) is granted.

2.      Trial of this matter is re-scheduled for **January 7, 2008,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 5, 2007 and January 7, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge