## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR320** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **NINA ROBERTSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the oral motion to continue by defendant Nina Robertson (Robertson).  On January 9, 2008, Robertson was placed at the NOVA Therapeutic Community and she sought a continuance of the trial of this matter.  Robertson acknowledged she understood the additional time would be excludable time for the purposes of the Speedy Trial Act.  Upon consideration, the motion was be granted.

**IT IS ORDERED:**

1.      Robertson's oral motion to continue trial  is granted.

2.      Trial of this matter is re-scheduled for **April 7, 2008,** before Chief Judge Joseph F. Bataillon and a jury.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 9, 2008 and April 7, 2008,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of January, 2008.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge